UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

    V.                                                  MAG. NO.   11-2535(DEA)
                                               :

PETER DANIEL RUSSELL

                                               :        O R D E R


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this _4TH_ day of _NOVEMBER_, 2011, ORDERED that _Brian Reilly_ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

_____
TONIANNE J. BONGIOVANNI
U.S. Magistrate Judge